| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIA DE JESUS AQUAYO; JOSE A. CHAVIRA,<br><br>        Defendants. | No. 1:17-cv-01047-LJO-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO SET ASIDE DEFAULT, VACATE FINDINGS AND RECOMMENDATIONS REGARDING MOTION FOR DEFAULT JUDGMENT AND DENY MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE AS MOOT<br><br>(Doc. Nos. 8, 10, 13, 16, 18, 19)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO THE COMPLAINT WITHIN FOURTEEN DAYS<br><br>**FOURTEEN-DAY DEADLINE** |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On May 1, 2018, the assigned Magistrate Judge issued findings and recommendations that (1) the motion to set aside the entry of default filed by Defendants Maria De Jesus Aquayo and Jose Chavira be granted; (2) the Clerk of the Court be directed to set aside their default; (3) the findings and recommendations regarding Plaintiff Jose Acosta's motion for default judgment be vacated; (4) Plaintiff's motion for default judgment be denied without prejudice as moot; and (5) Defendants Aquayo and Chavira be directed to file a response to the complaint following adoption of the findings and recommendations. (Doc. No. 19.) The findings and

1

recommendations were served on the parties, and contained notice that any objections must be filed within fourteen (14) days of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 1, 2018, are adopted in full;
2. Defendants' motion to set aside the entry of default is granted;
3. The Clerk of the Court is directed to set aside the default as to Defendants Maria De Jesus Aquayo and Jose A. Chavira;
4. The findings and recommendations regarding Plaintiff's motion for default judgment issued on January 24, 2018, are vacated;
5. Plaintiff's motion for default judgment filed on December 11, 2017, is denied without prejudice as moot; and
6. Defendants Aquayo and Chavira are directed to file a response to the complaint within **fourteen (14) days** after being served with a copy of this order.

IT IS SO ORDERED.

Dated: **May 30, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE