UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARIA DE JESUS AQUAYO, et al.,<br><br>                Defendants. | Case No. 1:17-cv-01047-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS**<br><br>(Doc. No. 42) |

On August 9, 2019, Plaintiff filed a notice of settlement of this action. (Doc. No. 38.) On August 12, 2019, the Court ordered the parties, no later than September 10, 2019, to file appropriate papers to dismiss or conclude this action in its entirety. (Doc. No. 39.) On September 12, 2019, Plaintiff filed a request for an extension of time within which to file dispositional documents. (Doc. No. 40.) On September 13, 2019, the Court granted Plaintiff's request and ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety by no later than October 22, 2019. (Doc. No. 41.) The parties were advised that no further extensions of time would be granted absent a demonstrated showing of good cause.

Currently before the Court is Plaintiff's second request, filed on October 24, 2019, for an extension of time within which to file dispositional documents. (Doc. No. 42.) According to Plaintiff, a draft stipulation for dismissal was sent to Defendants on September 17, 2019. Defendant Jose A. Chavira has acknowledged receipt of the stipulation but has been unable to

1

obtain Defendant Maria De Jesus Aquayo's signature.  Plaintiff therefore requests a further extension of time until December 6, 2019, to file appropriate dispositional documents.

Plaintiff is cautioned that requests for extension of time brought after the applicable deadline are looked upon with disfavor.  Local Rule 144(d).  Nonetheless, in light of Defendants' pro se status, the Court finds good cause to grant Plaintiff's request.  **No further extensions of time shall be granted absent a demonstrated showing of good cause.**  If Plaintiff is unable to secure Defendants' signatures on a stipulation of dismissal, any further requested extensions shall address why Plaintiff is unable to file other appropriate papers to dismiss or conclude this action in its entirety, such as a request to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request is GRANTED and the parties shall file appropriate papers to dismiss or conclude this action in its entirety on or before December 6, 2019.  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated: **October 28, 2019**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE