Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Acosta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIA DE JESUS AQUAYO; JOSE A. CHAVIRA;<br><br>    Defendants. | No. 1:17-cv-01047-LJO-BAM<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION [FED. R. CIV. P. 41(A)(2)]; [PROPOSED] ORDER** |

WHEREAS, Plaintiff, Jose Acosta ("Plaintiff"), wishes to dismiss Defendants Maria De Jesus Aquayo and Jose A. Chavira ("Defendants") from the above-captioned action pursuant to settlement with Defendants;

WHEREAS, Plaintiff received the fully-executed settlement agreement signed by Defendants, on September 6, 2019;

WHEREAS, Plaintiff has been unable in numerous attempts to obtain a signed joint stipulation to dismiss the entire action from Defendants since September 2019, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

NOW, THEREFORE, Plaintiff hereby respectfully requests pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: December 6, 2019          MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Acosta

### **ORDER**

Pursuant to the request of Plaintiff, Jose Acosta, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: **December 13, 2019**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE